IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NATHANIEL JOHNSON,**

**Plaintiff,**

**v.**

**MR. PICKETT and C. LOPEZ,**

**Defendants.**           **No. 07-cv-269-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiff's Motion for Voluntary Dismissal. (Doc. 39). Plaintiff's Motion seeks a dismissal, without prejudice, of his Complaint. The Government states in its Response that it has no objections to a voluntary dismissal, without prejudice, in this case. (Doc. 40). Rule 41(a)(2) provides, in relevant part, that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms the court considers proper." **FED. R. CIV. P. 41(a)(2)**. Rule 41(a)(1) is inapplicable to the instant Motion to Dismiss. *See* **FED. R. CIV. P. 41(a)(1)**. Thus, there being no objections, the Court **GRANTS** Plaintiff's Motion and **DISMISSES** the case, **WITHOUT PREJUDICE**.

      **IT IS SO ORDERED.**

      Signed this 17th day of September, 2009.

                                         /s/      David R Herndon
                                         **Chief Judge**
                                         **United States District Court**